IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CHRISTINE RAMIREZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL NO. 3:17cv001-HEH |
| ANDREW M. SAUL,[1] Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

# FINAL ORDER
### (Adopting Report and Recommendation of the Magistrate Judge)

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on October 9, 2019 (ECF No. 7). The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge (ECF No. 6) is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Plaintiff's Motion to Dismiss (ECF No. 7) is GRANTED.

(3) The case is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2).

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

It is so ORDERED.

Richmond, Virginia
Date: Nov. 12, 2019

/s/
Henry E. Hudson
Senior United States District Judge

---

[1] On June 4, 2019, the United States Senate confirmed Andrew M. Saul to a six-year term as the Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 25(d), Commissioner Saul should be substituted for former Acting Commissioner Carolyn W. Colvin as the defendant in this matter.